DUNELLE VAN SCHAICK, Respondent, *v.* OSCAR HEYMAN et al., Doing Business under the Firm Name of OSCAR HEYMAN & Co., Appellants.

*Van Schaick* v. *Heyman*, 138 App. Div. 905, affirmed.
(Argued October 27, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 9, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in

an action to recover for goods alleged to have been sold and delivered.

*Arthur B. Hyman, Martin Paskus* and *William S. Gordon* for appellants.

*William H. Hamilton* and *Thomas Gregory* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.